# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RUSSEL D. BRICKER, an individual, | Case No.: 2:09-cv-02449-RLH-RJJ |
| Plaintiff, | **O R D E R** |
| vs. | (Motion to Dismiss–#4) |
| WELLS FARGO BANK, N.A.; NATIONAL DEFAULT SERVICING CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; DOE Defendants I through X, inclusive; and ROE CORPORATIONS A through Z, inclusive, | |
| Defendants. | |

Before the Court is Defendants' **Motion to Dismiss** (#4, filed Jan. 6, 2010). This case was transferred to the Multi District Litigation related to the Mortgage Electronic Registration System and presided over by the Honorable James A. Teilborg, District Judge of the United States District Court for the District of Arizona. Judge Teilborg bifurcated and remanded portions of many of the cases transferred to him. However, Judge Teilborg did not remand any portion of this case back to this Court. Rather, Judge Teilborg kept this case and eventually dismissed the case himself. Thus, the motion to dismiss before this Court has been rendered moot and the case should be closed..

**CONCLUSION**

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (#4) is DENIED as Moot. The Clerk of the Court is directed to administratively close this case.

Dated: April 3, 2012.

_____
**ROGER L. HUNT
United States District Judge**